IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-395-D

| | | |
|---|---|---|
| JOHN D. BLACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BB&T BANK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

John D. Black ("Black" or "plaintiff") filed a pro se complaint against BB&T Bank ("BB&T") and various other defendants. Black's complaint is largely incoherent, but he does admit that he seeks relief under North Carolina law and that he is a North Carolina citizen [D.E. 1]. He also contends that diversity jurisdiction exists. Id. BB&T is a North Carolina corporation with its headquarters in Winston-Salem, North Carolina [D.E. 11-1]. Thus, diversity jurisdiction does not exist. See 28 U.S.C. § 1332(a). Accordingly, BB&T's motion to dismiss for lack of jurisdiction [D.E. 10] is GRANTED. The action is DISMISSED. New York Life Insurance Company's motion to dismiss for failure to state a claim [D.E. 13] is DISMISSED as moot.

SO ORDERED. This 28 day of November 2012.

JAMES C. DEVER III
Chief United States District Judge