AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### WESTERN DIVISION

| | |
|---|---|
| JOHN D. BLACK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | **5:12-CV-395-D** |
| ) | |
| BB&T BANK, P.N.C. BANK AARP LIFE ) | |
| INSURANCE, and NEW YORK LIFE ) | |
| PROGRAM NEW YORK LIFE INSURANCE ) | |
| AARP INSURANCE PROGRAM, ) | |
| ) | |
| Defendants. ) | |

**Decision by the Court:**

    **IT IS ORDERED AND ADJUDGED** that BB&T's Motion to Dismiss [D.E. 10] is GRANTED. The action is DISMISSED. New York Life Insurance Company's Motion to Dismiss [D.E. 13] is DISMISSED as moot.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**NOVEMBER 28, 2012**</u> WITH A COPY TO:

John D. Black, Pro Se (via USPS to 216 Scotland Avenue, Raeford, NC 28376)
James A. Dean (via CM/ECF Electronic Notification)
Michael Montecalvo (via CM/ECF Electronic Notification)
Thadeus Matthew Creech (via CM/ECF Electronic Notification)


| | |
|---|---|
| <u>November 28, 2012</u> | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/ Debby Sawyer |
| | (By) Deputy Clerk |

Raleigh, North Carolina