IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-395-D

JOHN D. BLACK,            )
                          )
            Plaintiff,    )
                          )
      v.                  )            ORDER
                          )
BB&T BANK, et al.,        )
                          )
            Defendants.   )

On November 28, 2012, the court dismissed John D. Black's ("Black" or "plaintiff") pro se complaint against BB&T Bank and various other defendants for lack of jurisdiction [D.E. 17], and closed the case [D.E. 18]. On March 8 and March 20, 2013, Black filed three motions for summary judgment [D.E. 20, 21, 22]. Because the case is closed, plaintiff's motions for summary judgment [D.E. 20, 21, 22] are DISMISSED.

SO ORDERED. This 29 day of March 2013.

JAMES C. DEVER III
Chief United States District Judge